**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TIMOTHY HOWE, et al.,

Plaintiffs,

vs.

MOSSY VOLKSWAGEN OF ESCONDIDO, et al.,

Defendants.

CASE NO. 16cv988-LAB (RBB)

**ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**

Defendants' response to the complaint is currently due on June 6, 2016. (Docket no. 15). In light of Plaintiffs' motion to remand (Docket no. 10) and Defendants' motion to stay the proceedings pending a transfer to MDL 2672 (Docket no. 12), the response date is extended. If the case is still pending before this Court, Defendants shall respond to the complaint within 7 calendar days after the Court rules on the remand and stay motions.

**IT IS SO ORDERED.**

DATED: June 6, 2016

HONORABLE LARRY ALAN BURNS
United States District Judge